IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENDA FORTES,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 12-6063 |
| **BOYERTOWN AREA SCHOOL DISTRICT,** | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 18th day of July, 2014, upon consideration of the defendant's motion to dismiss (Doc. No. 7, 8) and the plaintiff's response thereto (Doc. No. 22), it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part. The following claims of the plaintiff are **DISMISSED**:

1) age discrimination claims under the ADEA and PHRA;

2) gender and sex discrimination claims under Title VII and the PHRA;

3) retaliation claims under Title VII, ADA, and PHRA; and

4) the defamation claim.

Service of Ms. Fortes' initial complaint is **QUASHED**. The Clerk of Court is directed to issue a new summons to the plaintiff. The plaintiff shall serve the defendant on the remaining claims in accordance with Federal Rule of Civil Procedure 4.[1]

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] The plaintiff's race/color discrimination claims under Title VII and the PHRA and disability discrimination claims under the ADA and PHRA are not dismissed, per the accompanying memorandum.